UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYRONE L. DUNCAN**                                                                                           **PLAINTIFF**
**ADC #120925**

V.                          Case No. 4:23-cv-00294-LPR

**JAMES SHIPMAN, Chief Warden,**
**Maximum Security Unit, ADC,** *et. al*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 15th day of April, 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE